IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK L. SMITH,

                  Plaintiff,                            ORDER

    v.

                                                    12-cv-953-wmc

ROBERT DICKMAN,

                  Defendant.

On November 22, 2013, the court issued an order striking Marathon County Jail inmate Derrick L. Smith's proposed civil action against former Jail Administrator Robert Dickman pursuant to 42 U.S.C. § 1983. In that order, the court instructed Smith to submit an amended version in compliance with federal pleading rules found at Fed. R. Civ. P. 8(a).

Smith has now responded by filing *three* amended complaints. The first amended complaint faults Dickman for changing jail policy in 2012, eliminating outside appointments with private mental health care providers for detainees. (Dkt. # 25). In the second amended complaint, Smith takes issue with his placement in disciplinary segregation, which allegedly aggravated his anxiety, depression and insomnia. (Dkt. # 26). The third amended complaint concerns restrictions on Smith's ability to shave in 2012 and 2013, which reportedly aggravated a skin condition (folliculitis). (Dkt. # 27).

Smith may not pursue all three complaints in this case. *See George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007) (emphasizing that the federal rules on joinder apply to *pro se* litigants). Within ten days, Smith must notify the court in writing with which of the proposed amended complaints he wishes to proceed. Once this notice is received, the other two proposed amended complaints will be severed from this action and assigned separate case numbers for screening pursuant to the Prison Litigation Reform Act (the "PLRA").

ORDER

IT IS ORDERED that:

1. Within **ten (10) days** of the date of this order, plaintiff Derrick L. Smith must notify the court in writing which one of his three proposed amended complaints he wishes to proceed with for purposes of screening under the PLRA in this case.

2. Once this notice is received, the clerk's office shall sever the other two proposed amended complaints from this action and assigned separate case numbers for PLRA screening.

3. **If plaintiff fails to respond as directed, then this case will be closed without further notice pursuant to Fed. R. Civ. P. 41(b).**

Entered this 21st day of January, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge