IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK L. SMITH,

    Plaintiff,                                        JUDGMENT IN A CIVIL CASE

v.                                                Case No. 12-cv-953-wmc

BOB DICKMAN,

    Defendant.

       This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Derrick L. Smith leave to proceed and dismissing this case with prejudice for failure to state a claim upon which relief may be granted.

    /s/                                                                   5/19/2014

    Peter Oppeneer, Clerk of Court                               Date